UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __25-3978__           Case Manager: __Ryan__

Case Name: __Mary Bleick, et al. v. Sheryl Maxfield, et al.__

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **SHERYL MAXFIELD, in her official capacity as Director of Commerce, AKIL HARDY, in his official capacity as Superintendent of the Division of Unclaimed Funds, ROBERT SPRAGUE, in his official capacity as Treasurer of the State of Ohio, and JOY BLEDSOE, in her official capacity as Executive Director of the Ohio Facilities Construction Commission**
>
> 1. Whether this appeal from the denial of a preliminary injunction and temporary restraining order should be expedited when the challenged government action - the permanent escheatment of $1.4 Billion in private unclaimed funds to build a private football stadium - is scheduled to occur on January 1, 2026, less than one month after the District Court's order.
>
> 2. Whether expedited consideration is warranted where the appeal presents substantial constitutional questions regarding the Takings Clause and Due Process requirements for the "permanent escheatment" of private property without individualized notice to the owners of the property who never received constitutional notice and Due Process when their private property was first taken.
>
> 3. Whether the District Court's application of Knick v. Township of Scott, Pa., 588 U.S. 180 (2019) ("Knick") to deny prospective injunctive relief presents a substantial question of law that requires expedited review before seized $1.4 Billion is transferred and disrupted the challenged government.

This is to certify that a copy of this statement was served on opposing counsel of record this __16th__ day of _____ __December__ , __2025__ .      /s/ William W. Palmer
                                                                                            Name of Counsel for Appellant