No. 25-3978

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Dec 17, 2025
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| MARY BLEICK, et al., | ) |
| | ) |
|     Plaintiffs - Appellants, | ) |
| | ) |
| v. | )    O R D E R |
| | ) |
| SHERYL MAXFIELD, et al., | ) |
| | ) |
|     Defendants - Appellees. | ) |

In this civil action, the plaintiffs move to expedite briefing and submission. The defendants respond in non-opposition to the plaintiffs' proposed briefing schedule, and the plaintiffs reply.

Upon review, the motion to expedite briefing is GRANTED insofar as it seeks expedited briefing, and the clerk will adopt the plaintiffs' proposed briefing schedule: the plaintiffs shall file their corrected principal brief by December 18, 2025; the defendants shall file their principal brief by December 22, 2025; and the plaintiffs may file any reply brief by December 26, 2025. No extensions of time will be granted. The appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determinations of whether and when any oral argument will be held are reserved to the merits panel to which this appeal will be assigned. Briefing will issue by separate letter.

The clerk's ruling does not prevent the parties from engaging in motion practice related to the emergent relief sought.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk