**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 31, 2025

Mr. Joshua Adam Klarfeld
Ice Miller
600 Superior Avenue, E., Suite 1300
Cleveland, OH 44114

Ms. Aneca E. Lasley
Ice Miller
250 West Street, Suite 700
Columbus, OH 43215

Re:  Case No. 25-3978
*Mary Bleick, et al v. Sheryl Maxfield, et al*
Originating Case No. 2:25-cv-01140

Dear Counsel,

The Appellant in the above styled case has filed an emergency motion to stay injunction pending appeal.

A response to the motion must be filed with the Clerk's Office by 5:00 p.m. on Monday, January 5, 2026.

Any reply to the response must be filed with the Clerk's Office by 5:00 p.m. on Tuesday, January 6, 2026.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Ryan
Direct Dial No. 513-564-7027

cc: Mr. Jeffrey Alan Crossman
    Mr. William Palmer