## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2026

### Notice

Ms. Aneca E. Lasley
Ice Miller
250 West Street, Suite 700
Columbus, OH 43215

Mr. William Palmer
Palmer Law Group
907 Westwood Boulevard, Suite 218
Los Angeles, CA 90024

Re: No. 25-3978
*Mary Bleick, et al v. Sheryl Maxfield, et al*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, March 19, 2026**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc: Mr. Jeffrey Alan Crossman
　Mr. Marc E. Dann
　Mr. Joshua Adam Klarfeld